## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DEAN CAMPBELL and
DC COMPASS DUNDEE, LLC,

                Plaintiff,

v.                                        Case No. 04-4108-JWL

BANK OF AMERICA, N.A., PRIVATE
BANK REAL ESTATE ADVISORY
SERVICES,

                Defendant.

## MEDIATION ORDER

The court, upon conclusion of a telephone status conference in this case, finds that settlement is likely to be enhanced by the use of mediation. Consistent with the prior mediation order in this case (Doc. 35), the court hereby selects Jerry Palmer to be the mediator in this matter.

The parties shall engage in mediation no later than **February 28, 2006**, and an ADR report, on the form located on the district's Internet website, must be filed by defense counsel within five (5) days of the scheduled medication. All costs of mediation are to be shared equally, unless the parties agree to a different arrangement.

    **IT IS SO ORDERED.**

Dated this 6th day of January, 2006, at Topeka, Kansas.

                                                        s/ K. Gary Sebelius
                                                        K. Gary Sebelius
                                                        U.S. Magistrate Judge